No. 99–7225. JOHNSON v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 99–7229. SEALS v. MIRANDA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7234. AJIWOJU v. KUNCE. C. A. 10th Cir. Certiorari denied.

No. 99–7237. WEINER v. MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 99–7263. TENERELLI v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 99–7264. ANDERSON v. COLORADO DEPARTMENT OF CORRECTIONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–7265. CANNOY v. LAKELAND POLICE DEPARTMENT. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 99–7281. RITT v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 99–7282. SIRBAUGH v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7283. SHAARA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–7288. MONTES-CAMPOS v. HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–7290. COLLINS v. MICHIGAN PAROLE BOARD. Ct. App. Mich. Certiorari denied.

No. 99–7291. BEAN v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 99–7293. ARREGUIN v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.